

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 21, 2015

The Honorable Sheri Woodfin
District Clerk
Tom Green County Courthouse
112 West Beauregard
San Angelo, TX 76903-5850
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-14-00064-CR
         Trial Court Case Number:    D-09-0032-SA

Style:    Julie Ann Martinez
        v. The State of Texas

Dear Honorable Sheri Woodfin:

Enclosed, with reference to the above cause, is the mandate of this Court. Please file and execute in the usual manner.

Because the appeal has been affirmed, please be advised that the judgment of the trial court is in full force and effect. Accordingly, appropriate enforcement procedures may need to be instituted in your office, including issuance of a capias. If a capias is issued, please remind the sheriff that Texas Rule of Appellate Procedure 51.2(b)(3) requires that this Court be notified when the mandate has been carried out and executed.

In addition, as required by Texas Government Code, Sec. 51.204(d), the trial court clerk is notified that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets no earlier than twenty-five (25) years from the date final mandate is issued.

Your cooperation in this regard is appreciated.

Very truly yours,

Jeffrey D. Kyle, Clerk

RECEIVED
JUN 0 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

cc:    Mr. Kirk Hawkins
       Ms. Julie Ann Martinez
       Ms. Meagan White

# MANDATE

THE STATE OF TEXAS

TO THE 391ST DISTRICT COURT OF TOM GREEN COUNTY, GREETINGS:

Trial Court Cause No. D-09-0032-SA

 Before our Court of Appeals for the Third District of Texas on February 27, 2015, the cause on appeal to revise or reverse your judgment between

Julie Ann Martinez

No. 03-14-00064-CR  v.

The State of Texas

Was determined, and therein our Court of Appeals made its order in these words

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

Wherefore, we command you to observe the order of our Court of Appeals in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Honorable Jeff L. Rose, Chief Justice of the Court of Appeals for the Third District of Texas, with the seal of the Court affixed in the City of Austin on Thursday, May 21, 2015.

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk



# COURT OF APPEALS

### THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.40⁶
02 1W
0001401603 MAY 21 2015

RECEIVED

JUN 0 1 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

MS. JULIE ANN MARTINEZ
2109 STANTON
SAN ANGELO, TX 76901

NIXIE          758 NFE 1270 1518895/22/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711254747          *4108-00153-22-42

160  CVE-N3B 876901543